UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                CASE NO.: 14-22496-BKC-RAM
                                                                      Chapter 7
**LUIS A BENAVIDES**
SS# XXX-XX-7129
**MATILDE A GUTIERREZ**
SS# XXX-XX-5521

    Debtors.
_____/

### JOEL L. TABAS, TRUSTEE'S NOTICE OF DEFAULT AND MOTION FOR ENTRY OF ORDER REVOKING DEBTORS' DISCHARGES

Joel L. Tabas, as Chapter 7 Trustee of the bankruptcy estate of Luis A Benavides and Matilde A Gutierrez ("Trustee"), through counsel, files this Notice of Default and Motion for Entry of Order Revoking Debtors' Discharge (the "Motion"), and in support thereof states as follows:

1. On May 30, 2014, Luis A Benavides and Matilde A Gutierrez (the "Debtors") filed a voluntary petition under Chapter 7 of the United States Bankruptcy Code. Subsequently, Joel L. Tabas was appointed Chapter 7 Trustee.

2. The § 341 meeting of creditors was held on July 11, 2014.

3. On March 26, 2015, the Trustee filed a Motion to Approve Stipulation for Compromise and Settlement Regarding (A) Valuation and Repurchase of Debtors' Non-Exempt Assets and (B) Potential Avoidance Actions Against the Debtor's Family Members and Friends (the "Motion to Approve") [ECF No. 43], and on April 27, 2015, the Court entered an Order approving the settlement which approved the terms and conditions set forth in the Stipulation attached to the Motion to Approve [ECF No. 48].

CASE NO.: 14-22496-BKC-RAM

4. On September 12, 2014, the Court entered an Order discharging the Debtors as provided for under 11 U.S.C. § 727.

5. Pursuant to the Stipulation and the Order, the Debtors were required to pay to the Trustee the amount of $15,000.00.

6. The Debtors failed to make payments pursuant to the Stipulation and the Order.

7. The Trustee has been in communication with Debtor's counsel regarding the default since June 17, 2015. The parties have made efforts to modify the payment arrangement to no avail.

9. Pursuant to ¶ 14 of the Stipulation,

> in the event that the Debtors fail to comply with the terms ... the Trustee shall be entitled to interest, which shall accrue at the statutory rate, attorneys' fees and costs. Further, the Trustee may file a Notice of Default and submit an Order to the Court revoking the Debtors' discharge....

10. Accordingly, the Trustee seeks an Order (1) awarding interest, attorneys' fees and costs, and (2) revoking the Debtors' discharges for failure to comply with the lawful order of the Court as provided for under 11 U.S.C. § 727 (a)(6)(A).

**WHEREFORE**, Joel L. Tabas, as Chapter 7 Trustee of the bankruptcy estate of Luis A Benavides and Matilde A Gutierrez, respectfully requests that the Court enter an Order (1) awarding interest, attorneys' fees and costs, and (2) revoking the Debtors' discharge for failure to comply with the lawful order of the Court; and (3) granting such other and further relief as the Court deems just and proper.

CASE NO.: 14-22496-BKC-RAM

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 16, 2015, a true and correct copy of the foregoing was served via electronic transmission to the parties who are currently on the list to receive e-mail notice/service for this case, and via U.S. Mail to the Debtors:

Luis A Benavides
12523 SW 9TH STREET
Miami, FL 33184-2301

Matilde A Gutierrez
12523 SW 9TH STREET
Miami, FL 33184-2301

Respectfully submitted

/s/ Jessika A. Graham
Jessika A. Graham
Fla. Bar No. 72452
Joel L. Tabas
Florida Bar No. 516902
Tabas, Freedman & Soloff, P.A.
Attorneys for the Chapter 7 Trustee
14 Northeast First Avenue - Penthouse
Miami, Florida 33132
Telephone:  (305) 375-8171
Facsimile:  (305) 381-7708
JTabas@tabasfreedman.com