UNITED STATES BANKRUPTCY COURT       BOGOTA COLOMBIA   12/29/2015
SOUTHERN DISTRICT OF FLORIDA
MIAMI FLORIDA

|      |                   |      |                          |
|------|-------------------|------|--------------------------|
|      |                   | REF  | LUIS A BENAVIDES         |
|      |                   |      | MATILDE A GUTIERREZ      |
| ATTN | JESSIKA A GRAHAM  | CASE | 14-22496-RAM             |
|      |                   |      | CHAPTER 7                |
|      |                   | REF  | HEARING 01/21/2016 10:AM |

THANK YOU FOR YOUR LETTER DATED 12/16/2015 IN REFERENCE TO IT;

1) MY HUSBAND CANT' APPEAR BECAUSE HE DIED 06/24/52015
   SEE CERTIFICATION OF DEATH # 2015096382 ATTACHED.

2) I MOVE TO MY ORIGEN COUNTRY AND DO NOT LONGER LIVE
   IN USA. MY HUSBAND USE TO PAINT BATHTUBS AND IS SOMETHING'
   THAT AT MY AGE ( 62 YEARS OLD) I CAN'T DO IT MYSELF.

I ALSO INFORM YOU THAT THE COMPANY WILL NOT LONGER ACTIVE
IN THE STATE OF FLORIDA . ( SEE COPY OF DIVISION OF CORPORATIONS)
SUPPOSE TO BE RENOVATED BEFORE 05/01/2015.
I DID NOT RENOVATED IT BECAUSE I DO NOT HAVE THE MONEY TO DO IT
AND THE ONLY WORKER ( MY HUSBAND) IS NOT LONGER WITH ME.
THIS WAS A SMALL BUSINESS CORP ONLY MY HUSBAND WORK
AN DO NOT HAVE ASSETS ( ONLY ONE CAR YEAR 2004 CHEVROLET MODEL ASTRO )

PERSONALLY MY HUSBAND WAS IN FORECLOSURE AND LOSS THE PROPERTIES
AND CAPITAL THAT HE ORIGINALLY INVESTED. THAT WAS WHY HE ENTER IN
CHAPTER 7. HE DID NOT KNOW THAT AFTER THE IRS FORM 1099C FROM THE
BANKS HE DID NOT NEED TO FILE FORECLOSURE. THE BANK SOLD THE PROPERTIES
AN GET THEIR MONEY BACK. MY HUSBAND LOST EVERY PENNY INVESTED.

NO PROPERTIES, BANK BALANCES ARE REMAINING FROM HIS PERSONALS OR
CORPORATIONS ACCOUNTS. I DO NOT HAVE THE CAPACITY TO PAID THE $ 15,000 THAT MY
HUSBAND AS BEEN OBLIGATED TO PAID TO THE TRUSTEE..

I AM SENDING THIS LETTER BY EMAIL TO WWW.FLSB.USCOURTS.GOV
TO BE ADDED TO MY FILE. AND MAILED TO JTABAS@TABASFREDMAN.COM

THANK YOU

*[signature]*
MATILDE A GUTIERREZ

JAN 14 2016

## STATE OF FLORIDA

THIS DOCUMENT HAS A LIGHT BACKGROUND OF TRUE WATERMARKED PAPER. HOLD TO LIGHT TO VERIFY FLORIDA WATERMARK.

## BUREAU of VITAL STATISTICS

# CERTIFICATION OF DEATH

**STATE FILE NUMBER:** 2015096382

**DATE ISSUED:** July 1, 2015

**STATE FILE DATE:** July 1, 2015

### DECEDENT INFORMATION
NAME: LUIS ALBERTO BENAVIDES
AKA: LUIS ALBERTO BENAVIDES BELLO
DATE OF DEATH: June 24, 2015        SEX: MALE    SSN: ███-██-7129    AGE: 063 YEARS
DATE OF BIRTH: September 23, 1951    BIRTHPLACE: BOGOTA, COLOMBIA
PLACE OF DEATH: INPATIENT
FACILITY NAME OR STREET ADDRESS: AVENTURA HOSPITAL AND MEDICAL CENTER
LOCATION OF DEATH: AVENTURA, MIAMI-DADE COUNTY, 33180

### SURVIVING SPOUSE, DECEDENT'S RESIDENCE AND HISTORY INFORMATION
MARITAL STATUS: MARRIED
SPOUSE (IF FEMALE, MAIDEN NAME): MATILDE AZUCENA GUTIERREZ
RESIDENCE: 12523 SW 9 STREET, MIAMI, FLORIDA 33184, UNITED STATES    COUNTY: MIAMI-DADE
OCCUPATION, INDUSTRY: MAINTENANCE, CONSTRUCTION
RACE: X White  _Black or African American  _Asian Indian  _Chinese  _Filipino  _Native Hawaiian  _Japanese  _Korean
      _American Indian or Alaskan Native—Tribe  _Vietnamese  _Other Asian
      _Guamanian or Chamorro  _Samoan  _Other Pacific Isl  _Other  _Unknown
HISPANIC OR HAITIAN ORIGIN? YES, COLOMBIAN
EDUCATION: ASSOCIATE DEGREE        EVER IN U.S ARMED FORCES? NO

### PARENTS AND INFORMANT INFORMATION
FATHER: ANIBAL BENAVIDES
MOTHER: SILVINA BELLO
INFORMANT: ADRIANA BENAVIDES
RELATIONSHIP TO DECEDENT: DAUGHTER
INFORMANT'S ADDRESS: 15049 SW 8 TERRACE, MIAMI, FLORIDA 33194, UNITED STATES

### PLACE OF DISPOSITION AND FUNERAL FACILITY INFORMATION
PLACE OF DISPOSITION: SOLEMN CREMATIONS
                     MIAMI, FLORIDA
METHOD OF DISPOSITION: CREMATION
FUNERAL DIRECTOR/LICENSE NUMBER: ENRIQUE J. RIVERO, F042624
FUNERAL FACILITY: MASPONS FUNERAL HOME- WESTCHESTER F041484
                  7895 SW 40 ST, MIAMI, FLORIDA 33155

### CERTIFIER INFORMATION
TYPE OF CERTIFIER: CERTIFYING PHYSICIAN    MEDICAL EXAMINER CASE NUMBER: NOT APPLICABLE
TIME OF DEATH (24 hr): 1215
CERTIFIER'S NAME: LIVASKY CONCEPCION PEREZ
CERTIFIER'S LICENSE NUMBER: ME118505
NAME OF ATTENDING PHYSICIAN (If other than Certifier): NOT APPLICABLE

### CAUSE OF DEATH AND INJURY INFORMATION
MANNER OF DEATH: NATURAL
CAUSE OF DEATH - PART I - and Approximate Interval: Onset to Death:

| | |
|---|---|
| a CEREBRAL EDEMA | 1 DAY |
| b HYDROCEPHALUS | 1 WEEK |
| c SUBARACHNOID HEMORRHAGE | 1 WEEK |
| d HTN | YEARS |

PART II - Other significant conditions contributing to death but not resulting in the underlying cause given in PART I
DIABETES

AUTOPSY PERFORMED? NO        AUTOPSY FINDINGS AVAILABLE TO COMPLETE CAUSE OF DEATH?
DATE OF SURGERY              DID TOBACCO USE CONTRIBUTE TO DEATH? UNKNOWN
REASON FOR SURGERY



DESCRIBE HOW INJURY OCCURRED:

PLACE OF INJURY:
IF TRANSPORTATION INJURY, Status of Decedent:                                         Type of Vehicle:

*Ken Jones*, **State Registrar**

REQ: 2016087380

THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE.

**WARNING:** THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THIS DOCUMENT WILL NOT PRODUCE A COLOR COPY.

\*545 67489\*

DH FORM 1947 (03-13)

CERTIFICATION OF VITAL RECORD



## Florida Department of State
## Division of Corporations

# Detail by Entity Name

### Florida Profit Corporation

L.A.B. MAINTENANCE, CORP.

### Filing Information

| | |
|---|---|
| **Document Number** | P03000100574 |
| **FEI/EIN Number** | 20-0227214 |
| **Date Filed** | 09/12/2003 |
| **State** | FL |
| **Status** | ACTIVE |
| **Last Event** | CANCEL ADM DISS/REV |
| **Event Date Filed** | 04/28/2007 |
| **Event Effective Date** | NONE |

### Principal Address

12523 SW 9 STREET
MIAMI, FL 33184

Changed: 03/23/2010

### Mailing Address

12523 SW 9 STREET
MIAMI, FL 33184

Changed: 03/23/2010

### Registered Agent Name & Address

BENAVIDES, LUIS A
12523 SW 9 STREET
MIAMI, FL 33184

Address Changed: 03/23/2010

### Officer/Director Detail

### Name & Address

Title P

BENAVIDES, LUIS A
12523 SW 9 STREET
MIAMI, FL 33184

Title V

DE BENAVIDES, MATILDE A
12523 SW 9 STREET
MIAMI, FL 33184

## Annual Reports

| Report Year | Filed Date |
|---|---|
| 2013 | 04/18/2013 |
| 2014 | 02/12/2014 |
| 2015 | 02/02/2015 |

## Document Images

| | |
|---|---|
| 02/02/2015 -- ANNUAL REPORT | View image in PDF format |
| 02/12/2014 -- ANNUAL REPORT | View image in PDF format |
| 04/18/2013 -- ANNUAL REPORT | View image in PDF format |
| 03/15/2012 -- ANNUAL REPORT | View image in PDF format |
| 01/10/2011 -- ANNUAL REPORT | View image in PDF format |
| 03/23/2010 -- ANNUAL REPORT | View image in PDF format |
| 05/05/2009 -- ANNUAL REPORT | View image in PDF format |
| 06/09/2008 -- ANNUAL REPORT | View image in PDF format |
| 01/26/2004 -- ANNUAL REPORT | View image in PDF format |
| 10/15/2003 -- Amendment | View image in PDF format |
| 09/12/2003 -- Domestic Profit | View image in PDF format |

Copyright © and Privacy Policies
State of Florida, Department of State



# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: **14-22496-RAM**
Chapter: **7**

**In re:**

Luis A Benavides
12523 SW 9th Street
Miami FL 33184-2301
SSN: XXX-XX-7129

Matilde A Gutierrez
12523 SW 9th Street
Miami FL 33184-2301
SSN: XXX-XX-5521

## NOTICE OF HEARING

**NOTICE IS HEREBY GIVEN** that a hearing will be held on **01/21/2016** at **10:00AM** at the following location:

**C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 4 (RAM), Miami, FL 33128**

to consider the following:

**[52] Motion to Vacate (Re: 34 Automatic Order Discharging Debtor(s) [Ch 7])** *and Notice of Default* **Filed by Trustee Joel L Tabas. (Graham, Jessika)**

**THIS MATTER HAS BEEN SET ON THE COURT'S MOTION CALENDAR FOR A NON-EVIDENTIARY HEARING. THE ALLOTTED TIME FOR THIS MATTER IS TEN MINUTES.**

**THE MOVANT (OR MOVANT'S COUNSEL if represented by an attorney) SHALL SERVE A COPY OF THIS NOTICE OF HEARING** and, unless previously served, the above-described pleading on all required parties within the time frames required by the Bankruptcy Rules, Local Rules, or orders of the Court, and shall file a certificate of service as required under Local Rules 2002-1(F) and 9073-1(B). Any party who fails to properly serve any pleadings or other paper may be denied the opportunity to be heard thereon.

**PLEASE NOTE:** Photo identification is required to gain entrance to all federal courthouse facilities. Electronic devices, including but not limited to cameras, cellular phones (including those with cameras), iPads, tablets, pagers, personal data assistants (PDA), laptop computers, radios, tape-recorders, etc., **are not permitted** in the courtroom, chambers or other environs of this court. These restrictions **(except for cameras not integrated into a cell phone device)** do not apply to attorneys with a valid Florida Bar identification card, attorneys who have been authorized to appear by pro hac vice order and witnesses subpoenaed to appear in a specific case. **No one is permitted to bring a camera or other prohibited electronic device into a federal courthouse facility except with a written order signed by a judge and verified by the United States Marshal's Service. See Local Rule 5072-2.**

Dated: **12/16/2015**

By: Jessika A Graham

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

CASE NO.: 14-22496-BKC-RAM
Chapter 7

**LUIS A BENAVIDES**
SS# XXX-XX-7129
**MATILDE A GUTIERREZ**
SS# XXX-XX-5521

Debtors.
_____/

### JOEL L. TABAS, TRUSTEE'S NOTICE OF DEFAULT AND MOTION FOR ENTRY OF ORDER REVOKING DEBTORS' DISCHARGES

Joel L. Tabas, as Chapter 7 Trustee of the bankruptcy estate of Luis A Benavides and Matilde A Gutierrez ("Trustee"), through counsel, files this Notice of Default and Motion for Entry of Order Revoking Debtors' Discharge (the "Motion"), and in support thereof states as follows:

1. On May 30, 2014, Luis A Benavides and Matilde A Gutierrez (the "Debtors") filed a voluntary petition under Chapter 7 of the United States Bankruptcy Code. Subsequently, Joel L. Tabas was appointed Chapter 7 Trustee.

2. The § 341 meeting of creditors was held on July 11, 2014.

3. On March 26, 2015, the Trustee filed a Motion to Approve Stipulation for Compromise and Settlement Regarding (A) Valuation and Repurchase of Debtors' Non-Exempt Assets and (B) Potential Avoidance Actions Against the Debtor's Family Members and Friends (the "Motion to Approve") [ECF No. 43], and on April 27, 2015, the Court entered an Order approving the settlement which approved the terms and conditions set forth in the Stipulation attached to the Motion to Approve [ECF No. 48].

CASE NO.: 14-22496-BKC-RAM

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 16, 2015, a true and correct copy of the foregoing was served via electronic transmission to the parties who are currently on the list to receive e-mail notice/service for this case, and via U.S. Mail to the Debtors:

Luis A Benavides
12523 SW 9TH STREET
Miami, FL 33184-2301

Matilde A Gutierrez
12523 SW 9TH STREET
Miami, FL 33184-2301

Respectfully submitted

/s/ Jessika A. Graham
Jessika A. Graham
Fla. Bar No. 72452
Joel L. Tabas
Florida Bar No. 516902
Tabas, Freedman & Soloff, P.A.
Attorneys for the Chapter 7 Trustee
14 Northeast First Avenue - Penthouse
Miami, Florida 33132
Telephone:  (305) 375-8171
Facsimile:  (305) 381-7708
JTabas@tabasfreedman.com

3