UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                                   CASE NO.:  14-22496-BKC-RAM

**LUIS A BENAVIDES**                                                        Chapter 7
SSN: XXX-XX-7129

_____Debtor._____/

**TRUSTEE'S NOTICE OF (1) DETERMINATION OF ECONOMIC NON-VIABILITY AND (2) ABANDONMENT OF SETTLEMENT AMOUNT BALANCE OWED FROM DEBTOR AND ALL RECOVERY EFFORTS**

**Pursuant to Bankruptcy Rule 6007, the proposed abandonment will be deemed approved without necessity of a hearing or order, if no objection is filed and served within 14 days after the date of service of this notice.**

Joel L. Tabas, as Chapter 7 Trustee of the Bankruptcy Estate of Luis A. Benavides ("Trustee"), pursuant to 11 U.S.C. § 554, Bankruptcy Rule 6007, and Local Rule 6007-1, reports that in light of, among other things: (a) the Debtor's multiple payment defaults; (b) the lack of assets possessed by the Debtor; (c) the administrative expenses incurred to date; (d) the Trustee's collection efforts to date; (e) the costs associated with continuing collection efforts; and (f) the entry of the Court's *Order Revoking Debtor's Discharge* [ECF 57], he intends to abandon the remaining $15,758.15 settlement amount balance owed by the Debtor pursuant to the Court's *Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement Regarding Valuation and Repurchase of Debtor's Non-Exempt Assets* (the "Order") [ECF 48], cease all further recovery efforts, and close this case.

Any objection to this notice of abandonment must be filed with the Clerk of the Bankruptcy Court, 301 N. Miami Avenue, Room 150, Miami, FL 33128 and be served on the Trustee at 14 NE 1st Avenue, Penthouse, Miami, FL 33132. Any such objection must state

Case No.: 14-22496-BKC-RAM

with specificity why the remaining settlement balance should be pursued by the Estate and how the objecting party intends to pursue and/or fund the collection process.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 24, 2016, a true and correct copy of the foregoing was served via electronic transmission to the parties who are currently on the list to receive e-mail notice/service for this case, via U.S. Mail to all interested parties on the attached service list, and to:

Luis A Benavides
12523 SW 9th Street
Miami, FL 33184-2301

                                                    Respectfully submitted,

                                                    /s/ Joel L. Tabas
                                                    Joel L. Tabas, Trustee
                                                    Florida Bar No. 516902
                                                    14 N.E. 1st Avenue, Penthouse
                                                    Miami, Florida 33132
                                                    Telephone: (305) 375-8171
                                                    Fax: (305) 381-7708

| | | |
|---|---|---|
| Atlas Acquisitions,LLC<br>294 Union St.<br>Hackensack, NJ 07601-4303 | Baptist Health South Florida<br>POB 025333<br>Miami, FL 33102-5333 | Baptist Hospital<br>P.O. BOX 1467<br>Lake Worth, FL 33460-1467 |
| Capital One<br>POB 30281<br>Salt Lake City, UT 84130-0281 | Chase<br>P.O. BOX 15153<br>Wilmington, DE 19886-5153 | Comcast<br>P.O. BOX 530099<br>Atlanta, GA 30353-0099 |
| First Federal Credit & Collections<br>5121 Hollywood Blvd<br>Hollywood, FL 33021 | Kendall Medical Center<br>POB 740743<br>Cincinnati, OH 45274-0743 | Kendall Regional Medical<br>POB 99008<br>Bedford, TX 76095-9108 |
| Kendall Regional Medical<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville, SC 29602-1927 | Kendall Regional Radiology<br>1500 San Remo Avenue #280<br>Miami, FL 33146-3053 | Luis A Benavides<br>12523 SW 9th Street<br>Miami, FL 33184-2301 |
| Matilde A Gutierrez<br>12523 SW 9th Street<br>Miami, FL 33184-2301 | Ocwen Loan Servicing LLC<br>PO BOX 6440<br>Carol Stream, IL 60197-6440 | Ocwen Loan Servicing, LLC.<br>c/o Alice Blanco<br>Fifteen Piedmont Center<br>3575 Piedmont Rd NE #500<br>Atlanta, GA 30305-1623 |
| Orange County Code Enforcement Division<br>2450 West 33 Street 2nd Floor<br>Orlando, FL 32839-8726 | Palm Springs General Hospital<br>1475 West 49th Street<br>Hialeah, FL 33012-3275 | Radiology Associates of South Florida<br>2555 Ponce De Leon Blvd 4th FL<br>Miami, FL 33134-6019 |
| Recovery Management Systems Corp<br>25 SE 2 Ave #1120<br>Miami, FL 33131-1605 | Sheridan Emerg Physicians SVCS<br>c/o NRS<br>P.O Box 8005<br>Cleveland, TN 37320-8005 | Sheridan Emergency Physician Services<br>POB 848508<br>Pembroke Pines, FL 33084-0508 |
| Southchase Parcel 45 Community Assoc<br>c/o Bradley K Alley, Esq.<br>1150 Louisiana Avenue<br>Suite 4<br>Winter Park, FL 32789-2354 | Southchase Parcel 45 Community Association<br>Florida Community Law Group<br>00 E Hallandale Beach Blvd. Ste B<br>Hallandale Beach, FL 33009 | Urgent Care Phys Of Tamiami<br>P.O. BOX 166247<br>Miami, FL 33116-6247 |